William Johnston, appellee, v. The City of Galva, appellant. Gen. No. 7,273.

Suit for damages for pollution of natural watercourse extending across plaintiff's lands. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. Charles J. Searle, Judge,

presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed February 16, 1924. Rehearing denied April 2, 1924.

Clark Aby and Hal M. Stone, for appellant. Sturtz & Ewan, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.